JOHN E. LANNING, as Receiver of MONMOUTH TRUST AND SAFE DEPOSIT COMPANY, Respondent, *v.* TRUST COMPANY OF AMERICA, Appellant.

*Lanning* v. *Trust Company of America*, 139 App. Div. 933, affirmed.
(Submitted February 9, 1911; decided March 28, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action for money had and received.

*Martin W. Littleton,* for appellant.

*Joseph M. Hartfield* and *J. Du Pratt White,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: HAIGHT, J.